[No. 50666-8-I.   Division One.   March 31, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN THOMAS HENDRICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00068-6, Charles S. French, J., entered May 29, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50947-1-I.   Division One.   March 31, 2003.]

LARRY STONE, *Respondent*, v. SOUTHWEST SUBURBAN SEWER DISTRICT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-32541-0, LeRoy McCullough, J., entered July 25, 2002. *Reversed* by unpublished per curiam opinion.

[No. 51047-9-I.   Division One.   March 31, 2003.]

BRITANNIA HOLDINGS LIMITED, *Respondent*, v. BERNARD G. GREER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-12120-9, Glenna Hall, J., entered August 14, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker, C.J., and Cox, J.

[No. 51471-7-I.   Division One.   March 31, 2003.]

DAVID CARROLL STEPHENSON, *Appellant*, v. JOSEPH LEHMAN, *as Secretary of the Department of Corrections, Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 01-2-00766-2, Donald W. Schacht, J., entered Decemeber 18, 2001. *Affirmed* by unpublished per curiam opinion.